# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147515(91)

_____

In re COH, ERH, JRG, KBH, Minors.

SC: 147515
COA: 309161
Muskegon CC Family Division:
08-036989-NA

_____/

      On order of the Chief Justice, the motion of respondent-appellee to extend the time to file her brief on appeal is GRANTED. The brief will be accepted for filing if filed by 5:00 p.m. Eastern Standard Time on November 29, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2013



Clerk